## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sheila Common

        Plaintiff,

v.                Case No.: 1:21−cv−05198
                Honorable Sharon Johnson Coleman

City of Chicago, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing is set for 9/12/2022 at 9:45 AM. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 days prior to the status. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.